**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

In re:                              :         Case No. 16-52829

Robert M. Shutt                     :         Chapter 13

         Debtor.                    :         Judge John E. Hoffman

## SUBSTITUTE NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Zebulon N. Wagner of Thompson, Dunlap & Heydinger, Ltd. hereby enters his appearance as attorney for Thomas and Marker Construction Co., their successors and assigns, in the above proceeding and pursuant to LBR 2090-1, Rules 2002, 9007 and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, and request that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

Zebulon N. Wagner, Esq.
Thompson, Dunlap & Heydinger, Ltd.
P.O. Box 68, 1111 Rush Avenue
Bellefontaine, Ohio 43311
Telephone: (937) 593-6065
Facsimile: (937) 593-9978
E-Mail: zwagner@tdhlaw.com

Please take further notice that the foregoing request includes notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any orders,

1

pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliverer, telephone, or otherwise.

        Respectfully submitted,

        THOMPSON, DUNLAP & HEYDINGER, LTD.

        */s/ Zebulon N. Wagner*
        Zebulon N. Wagner (#0084337)
        1111 Rush Avenue, P.O. Box 68
        Bellefontaine, Ohio  43311
        Telephone:  (937) 593-6065
        Fax:  (937) 593-9978
        E-Mail:  zwagner@tdhlaw.com

        ATTORNEYS FOR THOMAS AND MARKER CONSTRUCTION CO.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 4, 2016, a copy of the foregoing Notice of Appearance was served on the following registered ECF participants, as well as all other registered interested ECF participants, electronically through the court's ECF System at the email address registered with the court:

**Via ECF to the following:**

Faye D. English
Chapter 13 Trustee
10 W. Broad St. Ste 900
Columbus, Ohio 43215-3449

Kenneth L. Sheppard, Jr
Sheppard Law Offices, Co., L.P.A.
2600 Tiller Lane Ste A
Columbus, Ohio 43231-2264
*Attorney for Debtor*

**Via Regular U.S. Mail to the following:**

Robert M. Shutt
P.O. Box 128
Fredericktown, Ohio 43019
*Debtor*

            */s/ Zebulon N. Wagner*_____
            Zebulon N. Wagner (#0084337)
            *Attorney for Thomas and Marker Construction Company*